IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GREGORY HUMPHREY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 124-213 |
| | ) | |
| RICHARD ROUNDTREE, Sheriff,[1] | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, a pretrial detainee at the Charles B. Webster Detention Center in Augusta, Georgia, completed a petition for a writ of habeas corpus under § 2241 in response to the Court's Order in a related case, which directed Petitioner to clarify whether he intended to bring a § 1983 civil rights action or § 2241 habeas corpus petition. See Humphrey v. Williams et al., CV 124-177, doc. no. 3 (S.D. Ga. Oct. 9, 2024) (hereinafter "CV 124-177"). Because Petitioner seeks to pursue both case types, (CV 124-177, doc. nos. 4, 5), Petitioner's habeas corpus case shall proceed in the above-captioned case.

However, Petitioner did not submit a separate *in forma pauperis* ("IFP") motion nor pay the $5.00 filing fee to proceed with his § 2241 habeas corpus petition. Accordingly, the

---

[1] The Court **DIRECTS** the **CLERK** to update the docket in accordance with the above caption because the proper Respondent is Richmond County Sheriff Richard Roundtree, who oversees Charles B. Webster Detention Center, Petitioner's current place of detention. 28 U.S.C. § 2242 (explaining petition must name "the person who has custody over him"); see also Snowden v. Young, No. 1:19-CV-00184, 2020 WL 13982916, at *1 (M.D. Ga. Apr. 21, 2020) (concluding proper respondent for pretrial detainee's § 2241 petition was the county sheriff).

Court **DIRECTS** the **CLERK** to attach a copy of the appropriate IFP paperwork, Form AO 240, stamped with the above case number, to Petitioner's service copy of this Order. To proceed with his § 2241 habeas corpus petition in the instant case, Petitioner must either pay the $5.00 filing fee or submit a complete IFP motion, with supporting documentation, within fourteen days of the date of this Order. Failure to timely comply with this Order may result in a recommendation this case be dismissed without prejudice. The Court further reminds Petitioner to submit all filings related to his § 2241 habeas corpus petition under the above case number, CV 124-213.

SO ORDERED this 22nd day of November, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA